UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARC ANTOINE NOEL,

Petitioner,

v. Case No. 3:26-cv-680-MMH-MCR

U.S. ATTORNEY GENERAL, et al.,

Respondents.

---

**ORDER**

Petitioner Marc Antoine Noel, an immigration detainee, initiated this action by filing a pro se Petition for a Writ of Habeas Corpus (Doc. 1) on March 30, 2026. The Federal Respondent (United States Attorney General) filed a Response to Petition for a Writ of Habeas Corpus (Doc. 6). Noel submitted a Reply (Doc. 9).[1] Noel, a citizen of Haiti, was paroled into the United States on July 27, 2023. Doc. 6-2 at 2. On January 23, 2026, United States Immigration and Customs Enforcement (ICE) detained Noel. Doc. 6-9 at 1. The crux of Noel's Petition is that he is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Doc. 1 at 6. As relief, he requests a bond hearing or, in the alternative, release. Id. at 7.

[1] Although Noel replied on a habeas corpus petition under 28 U.S.C § 2241, the Court construes his filing as a reply.

The Court is satisfied it has jurisdiction over Noel's claims and further administrative exhaustion would be futile. See, e.g., Fonseca v. Ripa, No. 3:26-CV-309-MMH-MCR, 2026 WL 1072778 (M.D. Fla. Apr. 21, 2026); Lopez v. Rhoden, No. 3:26-CV-94-MMH-PDB, 2026 WL 931190 (M.D. Fla. Apr. 7, 2026); Garcia v. Warden, No. 3:26-CV-271-MMH-SJH, 2026 WL 900145 (M.D. Fla. Apr. 2, 2026). As to the merits, the Eleventh Circuit Court of Appeals has concluded that "§ 1225 applies to arriving aliens seeking entry at the border, whereas § 1226 applies to aliens unlawfully in the interior." Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami, 175 F.4th 1258, 1276 (11th Cir. 2026). Although Hernandez Alvarez did not directly address the circumstance of a petitioner, like Noel, who is detained at or near the border, paroled into the United States, and is re-detained years later, its reasoning also applies to this case. Noel was not seeking entry at the border when he was re-detained; therefore, he is not subject to § 1225. See id. at 1285 (recognizing the "longstanding border-interior distinction" for purposes of immigration detention that Congress preserved in the Immigration and Nationality Act).

Accordingly, it is **ORDERED**:

1. Noel's Petition for a Writ of Habeas Corpus (Doc. 1) is **GRANTED** as to his claim that his detention without an individualized bond hearing violates the Immigration and Nationality Act. Within **seven days** of this

Order, Respondents shall either afford Noel an individualized bond hearing consistent with 8 U.S.C. § 1226(a) or release him. If Respondents release Noel, at least five (5) hours before releasing him, Respondents shall provide him with access to a telephone to arrange transportation from the detention facility

2. The **Clerk** is directed to terminate any pending motions, enter judgment granting the Petition, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of July, 2026.

Marcia Morales Howard

**MARCIA MORALES HOWARD**
United States District Judge

Jax-9 7/30
c:
Marc Antoine Noel, #A241838369
Counsel of Record